IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02195-WDM-KMT

BOARDWALK AT PELICAN BAY CONDOMINIUM ASSOCIATION, a/k/a PELICAN
LAKES HOMEOWNERS ASSOCIATION, INCLUDING ITS-ASSOCIATION MEMBERS,
HOMEOWNERS AND BOARD MEMBERS, et al.

      Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Stay Pending Appraisal Process Pursuant to Insurance Policy" (#12, filed
December 19, 2008) is GRANTED.  This action shall be stayed until March 23, 2009.

The "Joint Motion to Continue, or in the Alternative, Stay Scheduling Conference Set for
December 30, 2008 (#14, filed December 19, 2008) is GRANTED.  The scheduling conference
currently set for December 30, 2008 shall be continued until March 24, 2009 at 10:15am.

Dated: December 22, 2008