IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02195-WDM-KMT

BOARDWALK AT PELICAN BAY CONDOMINIUM ASSOCIATION, a/k/a PELICAN LAKES HOMEOWNERS ASSOCIATION, INCLUDING ITS-ASSOCIATION MEMBERS, HOMEOWNERS AND BOARD MEMBERS, et al.

      Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion to Vacate the Status Conference set for August 3, 2009" (#26, filed July 30, 2009) is GRANTED. The Status Conference currently set for August 3, 2009 is VACATED. The parties are ORDERED to file a status report no later than September 29, 2009.

Dated: July 31, 2009